USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATX CORPORATION,

               Plaintiff,             13 Civ. 4400 (JGK)

    - against -               **ORDER**

AERO JET CORPORATE,

               Defendant.

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated July 21, 2014 following an inquest on damages which was occasioned by the default of the defendant. The time for objections has passed and no objections were filed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted.

    Therefore, the Court **adopts** the Report and Recommendation.

    The Clerk is directed to enter Judgment in favor of the plaintiff GATX Corporation and against the defendant Aero Jet Corporation in the amount of $700,783.48, together with prejudgment interest at the rate of $162.34 per day from June 1, 2013 until the date the Judgment is entered.

SO ORDERED.

Dated:    New York, New York
           August 9, 2014

                                          John G. Koeltl
                                     United States District Judge